GHERMAN LEGAL PLLC
Sergiu Gherman, Bar No. 37031
sgherman@ghermanlaw.com
25 SE 2 Avenue, Suite 808
Miami, Florida 33131-1603
Tel/Fax: 305.459.1551          NOTE: CHANGES MADE BY THE COURT
Admitted Pro Hac Vice

Attorney for Plaintiff
KRISTINA CHITEISHVILI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| KRISTINA CHITEISHVILI,<br><br>Plaintiff,<br><br>v.<br><br>VERTIFX LLC, a California limited liability company; EDUARD AKOPIAN a/k/a EDWARD HAKOBYAN, an individual; GAYANE OVSEPYAN, an individual; ANAIDA OVSEPYAN, an individual; VERTIFX LIMITED, a United Kingdom company; and KEVIN KACHATURIAN, an individual,<br><br>Defendants. | Case No.: 2:17-CV-8711 JFW (RAOx)<br><br>Honorable John F. Walter<br>United States District Judge<br><br>**PRELIMINARY INJUNCTION** |

IT IS HEREBY ORDERED that Defendants Vertifx LLC and Vertifx Limited, and their officers, directors, subsidiaries, affiliates, agents, servants, employees, attorneys-in-fact, and those persons in active concert or participation with them who receive actual notice of this order, within twenty-four hours of receiving notice of this order: (a) take such steps as are necessary to repatriate to the territory of the United States of America $1,000,000.00, the monies described in the First Amended Complaint, which are held by Defendants Vertifx LLC and Vertifx Limited or are under their direct or indirect control, jointly or singly; and (b) provide the Court and the Plaintiff a written description of the funds so repatriated.

1   IT IS FURTHER ORDERED that once within the jurisdiction of this Court, any

2   financial or brokerage institution or other person or entity located within the territorial

3   jurisdiction of the United States courts and holding any funds or assets in the name of,

4   for the benefit of, or under the control of Defendants Vertifx LLC and/or Vertifx

5   Limited, shall hold within their control without withdrawal, removal, transfer or other

6   disposal of any assets of up to $1,000,000.00 known to have been received from

7   Plaintiff.

8   IT IS FURTHER ORDERED that Defendants Vertifx LLC and Vertifx

9   Limited, and their officers, directors, subsidiaries, affiliates, agents, servants,

10  employees, attorneys-in-fact, and those persons in active concert or participation with

11  them who receive actual notice of this order, are enjoined from dissipating and

12  alienating at least $1,000,000.00, which represents the amount known to have been

13  transferred from Plaintiff to Defendants Vertifx LLC and Vertifx Limited and that is

14  the amount under their control or over which they exercise actual or apparent

15  investment or other authority.

17  SO ORDERED, this 1st day of March, 2018

21  JOHN F. WALTER
    UNITED STATES DISTRICT JUDGE