UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KRISTINA CHITEISHVILI,<br><br>Plaintiff,<br><br>v.<br><br>VERTIFX LLC, a California limited liability company; EDUARD AKOPIAN a/k/a EDWARD HAKOBYAN, an individual; GAYANE OVSEPYAN, an individual; ANAIDA OVSEPYAN, an individual; VERTIFX LIMITED, a United Kingdom company; and KEVIN KACHATURIAN, an individual,<br><br>Defendants. | Case No.: 2:17-CV-8711 JFW (RAOx)<br><br>Honorable John F. Walter<br>United States District Judge<br><br>**JUDGMENT** |

On December 18, 2018, the case came before the Court for a trial on damages. (Dkt. No. 168.) On October 9, 2018, the Court granted Plaintiff Kristina Chiteishvili's Motion for Summary Judgment on the Issue of Liability against Defendants Eduard Akopian a/k/a Eduard Hakobyan, Gayane Ovsepyan, Kevin Kachaturian, Anaida Ovsepyan, Vertifx LLC, and Vertifx Limited on all of the claims Plaintiff asserted against Defendants in the First Amended Complaint. (Dkt. No. 135.) Accordingly,

**IT IS ORDERED ADJUDGED AND DECREED**:

1. As to Kristina Chiteishvili's first claim for relief for intentional misrepresentation, Kristina Chiteishvili shall have and recover from Vertifx LLC,

Eduard Akopian a/k/a Eduard Hakobyan, Gayane Ovsepyan, and Vertifx Limited, jointly and severally, as follows:

    a) Actual damages $1,000,000.00;
    b) Prejudgment interest $118,724.20;
    c) Benefit-of-The-Bargain damages $600,000.00;
    d) Consequential damages $964,483.00; and
    e) Punitive damages $5,000,000.00;

2. As to Kristina Chiteishvili's second claim for relief for violation of the Uniform Voidable Transactions Act, Kristina Chiteishvili shall have and recover from Vertifx LLC, Anaida Ovsepyan, and Vertifx Limited, jointly and severally, as follows:

    a) Actual damages $1,000,000.00; and
    b) Punitive damages $5,000,000.00;

3. The 2017 transfer of the realty – Lot 40 in Tract no. 20930, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 655, Pages 43 to 45 inclusive of maps, in the office of the county recorder of said county (APN/Parcel ID: 2175-010-023) a/k/a 4967 Bilmoor Avenue, Tarzana CA 91356 – from Vertifx LLC to Anaida Ovsepyan, by Grant Deed dated May 23, 2017 and recorded in the Official Records of Los Angeles County, California, instrument no. 20170612355, was void and was made in violation of the California's Uniform Voidable Transactions Act.

4. As to Plaintiff's third claim for relief for violation of the Consumers Legal Remedies Act, Kristina Chiteishvili shall have and recover from Vertifx LLC, Eduard Akopian, and Vertifx Limited, jointly and severally, as follows:

    a) Actual damages $1,000,000.00;
    b) Prejudgment interest $118,724.20;
    c) Benefit-of-The-Bargain damages $600,000.00;
    d) Consequential damages $964,483.00; and
    e) Punitive damages $5,000,000.00;

5. As to Plaintiff's fourth claim for relief for violations of Section 10(b) and 20(a) of the Securities and Exchange Act and of the Rule 10b-5, Kristina Chiteishvili shall have and recover from Vertifx LLC, Vertifx Limited, Eduard Akopian, and Kevin Kachaturian, jointly and severally, as follows:

    a) Actual damages $1,000,000.00;

    b) Prejudgment interest $118,724.20;

    c) Benefit-of-The-Bargain damages $600,000.00;

    d) Consequential damages $964,483.00; and

    e) Punitive damages $5,000,000.00;

6. As to Plaintiff's fifth claim for relief for conversion, Kristina Chiteishvili shall have and recover from Defendants Vertifx LLC and Eduard Akopian, jointly and severally, as follows:

    a) Actual damages $1,000,000.00;

    b) Prejudgment interest $118,724.20;

    c) Benefit-of-The-Bargain damages $600,000.00;

    d) Consequential damages $964,483.00; and

    e) Punitive damages $5,000,000.00;

7. Applicable federal post-judgment interest rate shall accrue on all above-mentioned amounts until paid in full.

SO ORDERED, this 2nd day of January, 2019

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE